

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00245-CV

_____

IN RE JUSTIN RANDALL JONES, Relator

---

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 23-8629-481

---

Before Walker, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's "Petition for Writ of Mandamus" and "Emergency Motion to Stay Under Tex. R. App. P. 52.10" and is of the opinion that relief should be denied. Accordingly, relator's "Petition for Writ of Mandamus" and "Emergency Motion to Stay Under Tex. R. App. P. 52.10" are denied.

Per Curiam

Delivered: April 21, 2026